UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| USA | : | |
| | : | CRIMINAL CASE NO. |
| v. | : | 3:17-CR-214 (JCH) |
| | : | |
| DEVELL CONLEY | : | APRIL 30, 2018 |

**ORDER**

It appearing that additional time is needed due to the pending hearing re: defendant's Motion to Suppress (Doc. No. 49), scheduled for July 30, 2018, a continuance is in the best interest of the defendant and outweighs the public interest in a speedy trial, the court finds that the time period of delay from July 30, 2018 to and including August 22, 2018, is hereby excluded pursuant to Title 18, U.S.C. 3161 (h)(7).

**SO ORDERED.**

Dated at New Haven, Connecticut this 30th day of April, 2018.

/s/Janet C. Hall
Janet C. Hall
United States District Judge