## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL CASE NO. |
| | : | 3:17-CR-214 |
| v. | : | |
| | : | |
| DEVELL CONLEY, | : | JUNE 4, 2018 |
| Defendant. | : | |

## ORDER

The defendant Devell Conley filed a Supplemental Motion to Suppress on June 1, 2018.  See Supplemental Motion to Suppress (Doc. No. 76).  The Government is hereby Ordered to file any Opposition to the Supplemental Motion by June 20, 2018.  The Supplemental Motion will be addressed, along with the First Motion to Suppress (Doc. No. 49), at the Suppression Hearing scheduled for July 30, 2018.

**SO ORDERED.**

Dated at New Haven, Connecticut this 4th day of June, 2018.

/s/ Janet C. Hall  
Janet C. Hall  
United States District Judge